UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA     §
    §
vs.     §    NO:   WA:18-CR-00211(1)-ADA
    §
(1) ROBERTO Y ARENAS-TELLEZ     §

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  June 4, 2020 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) ROBERTO Y ARENAS-TELLEZ, which alleged

that Arenas-Tellez violated a condition of his supervised release and recommended that

Arenas-Tellez 's supervised release be revoked (Clerk's  Document No. 47).  A warrant

issued and Arenas-Tellez was arrested.  On April 6, 2026, Arenas-Tellez appeared

before a United States Magistrate Judge, was ordered detained, and a revocation of

supervised release hearing was set.

Arenas-Tellez appeared before the magistrate judge on May 12, 2026, waived his

right to a preliminary hearing and to be present before the United States District Judge at

the time of modification of sentence, and consented to allocution before the magistrate

judge.  Following the hearing, the magistrate judge signed his report and

recommendation on May 13, 2026, which provides that having carefully considered all of

the arguments and evidence presented by the Government and Defendant, based on the

original offense and the intervening conduct of Arenas-Tellez, after careful consideration, the magistrate judge recommends that because the defendant has served several years in custody for the conduct underlying the violations and has a pending warrant from the Northern District of Texas for violations of supervised release as well as an immigration detainer, both of which will result in the defendant being immediately transferred to the custody of the Northern District of Texas or immigration enforcement officers, the undersigned is persuaded that a downward departure from the sentencing guidelines is appropriate, and that this court revoke Arenas-Tellez supervised release and that Arenas-Tellez be sentenced to TIME SERVED, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 60).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 12, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 59). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 60 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ROBERTO Y ARENAS-TELLEZ's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) ROBERTO Y ARENAS-TELLEZ is sentenced to TIME SERVED, with no term of supervised release.

Signed this 13th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE